UNITED STATES SOUTHERN DISTRICT
OF NEW YORK

TO: CLERK OF THE COURT,
500 PEARL STREET
NEW YORK, NEW YORK, 10007

RE: UNITED STATES V RAMOS DANIEL
CASE NO. 18 C R. 852

DEAR CLERK OF THE COURT,

IM WRITING THIS LETTER, REQUESTING
TO MODIFY IMPOSED TERM OF IMPRISONMENT
UNDER 18 U.S.C. § 3582 (c)(i)(A)(i) AND
I ASK THAT THE COURT APPOINT COUNSEL.

I DANIEL RAMOS RESPECFULLY ASK THE
COURT TO REDUCE MY SENTENCE BASE ON
CONGRESS INITIATIVE TO "INCREASE THE USE
AND TRANSPARENCY OF COMPASSIONATE RELEASE"
UNDER THE FIRST STEP ACT. PUB. L, NO 115-391
SECTION 603 (b), 132 STAT 5194, 5239 (2018).
I HAVE EXHIBITED POST-SENTENCING REHABI-
LITATION THAT COLLECTIVELY WARRANT A SENTENCE
REDUCTION TO A TERM OF TIME SERVED FOR MY
CONVICTION.

I STATE THE FOLLOWING FACTS THAT I PROPOSE MEET THE STANDARD OF REVIEW AND "EXTRAORDINARY AND COMPELLING REASONS"

RELEVANT FACTUAL AND PROCEDURAL BACKGROUND.

ON JANUARY 16, 2019. I DANIEL RAMOS PLEAD GUILTY TO TWO COUNTS OF 18:922(K) POSSESSION OF A DEFACED FIREARM; 21:841 (A)(I), B I C, POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE.

STANDARD OF REVIEW.

IN 2018 CONGRESS PASSED THE FIRST STEP ACT, THE STATUE AMENDS NUMEROUS PORTIONS OF THE UNITED STATE CODE TO PROMOTE REHABILITATION OF PRISONERS AND UNWIND MASS INCARCERATION, HERE I SEEK COMPASSION FROM THIS COURT TO PERMIT ME TO MOVE MY SENTENCING FOR MODIFICATION, AFTER I HAVE FULLY EXHAUSTED ALL ADMINISTRATIVE RIGHTS, THE BUREAU OF PRISONS HAS FAIL TO BRING A MOTION ON MY BEHALF, THE LAPSE OF THIRTY DAYS FROM THE RECEIPT OF SUCH A REQUEST BY ME TO THE WARDEN MAY REDUCE THE TERM OF IMPRISONMENT AFTER CONSIDERING.

ALL THE FACTORS SET FORTH IN 18 U.S.C. §3553(a)
EXTENT THAT THEY ARE APPLICABLE, SECTION 3582
(C)(1)(a).

I EXHAUSTED THE REQUIRED ADMINISTRATIVE
REMEDIES PRIOR TO MOVING TO ASK THE COURT
FOR RELIEF UNDER 18 U.S.C. § 3582 (C)(1)(a)(i)
I INITIATED THIS CLAIM UNDER UNITED STATES
FEDERAL BUREAU OF PRISONS (B.O.P.) PROGRAM
STATEMENT 5050.50 AND 28 C.F.R. §571.60
UNDER THESE REGULATIONS I MAY INITIATE A
REQUEST TO THE WARDEN FOR CONSIDERATION
WHEN THERE ARE PARTICULAR EXTRAORDINARY OR
COMPELLING CIRCUMSTANCES WHICH COULD NOT
REASONABLY HAVE BEEN FORESEEN BY THE COURT
AT THE TIME OF SENTENCING, THE REQUEST I
SUBMITTED TO THE WARDEN DETAILED EXTRAORDINARY
AND COMPELLING CIRCUMSTANCES FOR COMPASSIONATE
RELEASE, DUE TO THE RECENT PANDEMIC FROM THE
COVID 19 VIRUS OUT BREAK, THE COURT NOW
AND ALWAYS HAVE JURISDICTION TO DETERMINE
WHETHERE THE PANDEMIC FROM COVID 19 IS
EXTRAORDINARY AND COMPELLING REASON TO WARRANT
A COMPASSIONATE RELEASE, ALSO AVAILABLE TO ME
IS A CONSIDARATION OF APPLICABLE POLICY STATEMEN
BY THE SENTENCING COMMISSION, ONE MEDICAL CON-
DITION, TWO ADVANCE AGE, THREE FAMILY CIRCUMSTANCES.

THE COURT CAN CONSIDER ANYTHING OR ATLEAST ANYTHING THE B.O.P. COULD HAVE CONSIDERED. WHEN ASSESSING MY COUNSEL'S MOTION THE COURT COULD APPLY THE SAME LEGAL REASONING HERE IN ADJUDICATING MY CLAIM. COURTS ACROSS THE COUNTRY HAVE RELEASED OR REDUCED PRISONERS SENTENCES, BECAUSE IM NOT ABLE TO PRACTICE EFFEC TIVE SOCIAL DISTANCE OR GOOD HYGIENE TO MINIMIZ MY RISK TO EXPOSURE, AND THIS PANDEMIC WILL CONTINUE TO GROW OVER TIME, THROUGH OUT THE B.O.P. NUMBERS CONTINUE TO INCREASE, IM AT A HIGH RISK OF CONTRACTING THIS DEADLY VIRUS I HAVE CHRONIC, WEAK IMMUNE SYSTEM ISSUES, AND HALF OF MY HEART IS NOT WORKING THE LEFT SIDE, HIGH CHOLESTEROL, HIGH TRIGLICERYN, HIGH BLOOD PRESSURE, RESPITORY PROBLEMS, I PROPOSE A RELEASE PLAN AND MY FAMILY WILL SUPPORT ME SINCE I GOT MY G.E.D. IN APRIL 28, 2020 IN THE FIRST YEAR OF MY RELEASE, I HAVE THE HIGHEST GRANTS AVAILABLE AND I PLAN TO TAKE FULL ADVANTAGE OF IT BY TAKING CLASSES ON LINE FROM HOME, COLLEGE CLASSES, MY REHABILITATION EFFORTS IN PRISON ARE, DURING THE LAST 27 MONTH I HAVE NO INCIDENT REPORTS I CONTINUE TO STUDY AND PROGRAM, I ALSO WORK IN UNICOR FACTORY RECYCLE.

RAMOS, Daniel
Reg. No. 55278-054
Unit 2B
Request to Staff Response
Page 1 of 2

---

RESPONSE

This is in response to your Request to Staff received on
May 21, 2020, in which you request Compassionate Release. You
state, you have three children, one of whom is autistic, "does
not talk", and is 8 years of age; and you have a mother, who is
74 years of age, and "she needs me very much". You further state
you have been programming and "have not got a shot" or an
incident report in the past 23 months.

Title 18 of the United States Code, section 3582(c)(1)(A), allows
a sentencing court, on motion of the Director of the BOP, to
reduce a term of imprisonment for extraordinary or compelling
reasons. BOP Program Statement No. 5050.50, Compassionate
Release/Reduction in Sentence (RIS): Procedures for
Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g),
provides guidance on the types of circumstances that present
extraordinary or compelling reasons, such as the inmate's
terminal medical condition; debilitated medical condition; status
as a "new law" elderly inmate, an elderly inmate with medical
conditions, or an "other elderly inmate"; the death or
incapacitation of the family member caregiver of the inmate's
child; or the incapacitation of the inmate's spouse or registered
partner. Your request has been evaluated consistent with this
general guidance.

You failed to provide adequate information/documentation
regarding the care of your children. Having an 8 year old
autistic son, who doesn't speak, does not fit the criteria for a
Compassionate Release/RIS. Additionally, although your mother is
74 years of age, and as you state, "she needs me very much", also
does not meet the criteria as listed above. Furthermore, while
maintaining clear conduct and actively participating in programs
are highly commendable behaviors, they do not meet the criteria
for Compassionate Release/RIS as per Program Statement 5050.50.

Accordingly, after careful consideration, your Compassionate
Release/RIS request is denied at this time.

Continuation Page 2 of 2
RAMOS, Daniel
Reg. No. 55278-054


If you are not satisfied with this response to your request, you
may commence an appeal of this decision via the administrative
remedy process by submitting your concerns on the appropriate
form (BP-9) within 20 days of the receipt of this response.


Scott Finley, Warden                    06/12/20
                                        Date



**Office of GED Assessment Services - Diploma**

1919 M St. NW
Suite 600
Washington, DC 20036

# How to Authenticate This Official Diploma
# From The GED Testing Service

This official document has been transmitted electronically to the recipient, and is intended solely for use by that recipient. If you are not the intended recipient, please notify the GED Testing Service at https://parchmentsupport.force.com/GED or call us at 1-888-906-4031. It is not permissible to replicate this document or forward it to any person or organization other than the identified recipient. Release of this record or disclosure of its contents to any third party without written consent of the record owner is prohibited.

This official diploma has been digitally signed and therefore contains special characteristics. If this document has been issued by the GED Testing Service, and this document is viewed using Adobe® Acrobat version 6.0 or greater, or Adobe® Reader version 6.04 or greater, it will reveal a digital diploma that has been applied to the diploma. This digital certificate will appear in a pop-up screen or status bar on the document, display a blue ribbon, and declare that the document was certified by the GED Testing Service with a valid diploma issued by GeoTrust CA for Adobe®. This document certification can be validated by clicking on the Signature Properties of the document.

 The blue ribbon symbol is your assurance that the digital diploma is valid, the document is authentic, and the contents of the diploma have not been altered.

 If the diploma does not display a valid certification and signature message, reject this diploma immediately. An invalid digital diploma display means either the digital signature is not authentic, or the document has been altered. The digital signature can also be revoked by the diploma office if there is cause, and digital signatures can expire. A document with an invalid digital signature display should be rejected.

 Lastly, one other possible message, Author Unknown, can have two possible meanings: The diploma is a self-signed diploma or has been issued by an unknown or untrusted diploma authority and therefore has not been trusted, or the revocation check could not complete. If you receive this message make sure you are properly connected to the internet. If you have a connection and you still cannot validate the digital diploma on-line, reject this document.

The diploma key and guide to diploma evaluation is the last page of this document.

The current version of Adobe® Reader is free of charge, and available for immediate download at http://www.adobe.com.

# Office of the State Superintendent of Education

This Certifies That

## DANIEL RAMOS

having satisfactorily completed the Tests of General Educational Development
with scores comparable to those of high school graduates,
is hereby awarded this

## High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto.
In witness whereof our names are hereto affixed, this the

_28_ th_ Day of _April_ , _2020_



Hanseul Kang
State Superintendent of Education

Antoinette S. Mitchell, Ph.D.
Assistant Superintendent
Postsecondary and Career Education



Philip L. PremDas
GED Administrator



* * *  GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

District of Columbia
Office of the State
Superintendent of Education



# OFFICIAL GED® TRANSCRIPT

Issued under the auspices of GED Testing Service as of **04/28/2020**

*Martin D. Kehe*

Martin Kehe
Vice President, Assessment Services

## CANDIDATE INFORMATION

**LAST NAME:** RAMOS
**ADDRESS:** PO BOX 700
**CITY:** Minersville
**ID NUMBER:** 20191010-1710-9076
**TESTING JURISDICTION:** Federal Bureau of Prisons

**FIRST NAME:** DANIEL
**ADDRESS2:**
**STATE:** PA          **POSTAL CODE:** 17954
**DATE OF BIRTH:** 03/15/1973
**PASS DATE:** 04/28/2020

**MIDDLE:**

**COUNTRY:** US
**PHONE:** 5705447100

Click on a test subject area or performance level for more detailed information

## TEST RESULTS

| | LANGUAGE | DATE | SCORE* | PERFORMANCE LEVEL | STATUS | PERCENTILE RANK |
|---|---|---|---|---|---|---|
| Mathematical Reasoning | English | 02/19/2020 | 152 | GED® | PASS | 39 |
| Reasoning Through Language Arts | English | 04/28/2020 | 148 | GED® | PASS | 24 |
| Social Studies | English | 12/11/2019 | 148 | GED® | PASS | 25 |
| Science | English | 11/20/2019 | 150 | GED® | PASS | 28 |
| | | TOTAL | 598 | | | |

| OVERALL |
|---|
| PASS |

To learn more about score scales and content descriptions please visit www.GED.com/score_scale

## Order Additional transcripts from www.GED.com/life_after_ged/

Official transcript issued under the auspices of GED Testing Service.

GED® and GED Testing Service® are registered trademarks of the American Council on Education.
They may not be used or reproduced without the express written permission of ACE or GED Testing Service.
The GED® and GED Testing Service® brands are administered by GED Testing Service LLC under license from the American Council on Education.

Copyright ©2020 GED Testing Service LLC. All rights reserved.



**Office of GED Assessment Services - Transcript**

1919 M St. NW
Suite 600
Washington, DC 20036

# How to Authenticate This Official Transcript

This official document has been transmitted electronically to the recipient, and is intended solely for use by that recipient.  If you are not the intended recipient, please notify GED Testing Service at https://parchmentsupport.force.com/GED or call us at 1-888-906-4031.  It is not permissible to replicate this document or forward it to any person or organization other than the identified recipient.  Release of this record or disclosure of its contents to any third party without written consent of the record owner is prohibited.

This official transcript has been digitally signed and therefore contains special characteristics.  If this document has been issued by the GED Testing Service, and this document is viewed using Adobe® Acrobat version 6.0 or greater, or Adobe® Reader version 6.04 or greater, it will reveal a digital certificate that has been applied to the transcript.  This digital certificate will appear in a pop-up screen or status bar on the document, display a blue ribbon, and declare that the document was certified by GED Testing Service with a valid certificate issued by GeoTrust CA for Adobe®.  This document certification can be validated by clicking on the Signature Properties of the document.

 The blue ribbon symbol is your assurance that the digital transcript is valid, the document is authentic, and the contents of the transcript have not been altered.

 If the transcript does not display a valid certification and signature message, reject this transcript immediately.  An invalid digital certificate means either the digital signature is not authentic, or the document has been altered.  The digital signature can also be revoked by the transcript office if there is cause, and digital signatures can expire.  A document with an invalid digital signature display should be rejected.

 Author Unknown, can have two possible meanings: The transcript is self-signed or has been issued by an unknown or untrusted transcript authority and therefore has not been trusted, or the revocation check could not complete. If you receive this message make sure you are properly connected to the internet.  If you have a connection and you still cannot validate the digital transcript on-line, reject this document.

The current version of Adobe® Reader is free of charge, and available for immediate download at http://www.adobe.com.





## Individual Report for RAMOS DANIEL

**Report Identification Information**

| | | | |
|---|---|---|---|
| Student ID: | 55278054 | Test Group: | 09/09/2019 |
| Test Date: | 09/09/19 | Test Name: | TABE 9/10 Survey |
| Report Date: | 09/09/19 | Examiner: | |
| Page No: | 3 | Site Name | |
| | | Tag Group: | Entire Group |

| Skill Area | L/F | NC | NA | SS | GE | NP | NS | OM |
|---|---|---|---|---|---|---|---|---|
| Reading | M0 | 20 | 25 | 524 | 6.2 | 53 | 5 | 80 |
| Mathematics Computation | M0 | 22 | 25 | 529 | 7.1 | 65 | 6 | 100 |
| Applied Mathematics | M0 | 18 | 25 | 536 | 7.1 | 65 | 6 | 44 |
| Language | M0 | 13 | 25 | 465 | 3.1 | 27 | 4 | 33 |
| **Total Mathematics** | | 40 | 50 | 532 | 7.1 | 66 | 6 | |
| **Total Battery** | | 73 | 100 | 507 | 5.6 | 50 | 5 | |

| NRS Levels | | |
|---|---|---|
| Content Area | Level | Description |
| Reading | 4 | High Intermediate Education |
| Language | 2 | Begining Basic Education |
| Total Mathematics | 4 | High Intermediate Education |

L/F=Test Level & Form            SS=Scale Score                    NS=National Stanine
NC=Number Correct                GE=Grade Equivalent              OM=% Objectives Mastered
NA=Number Attempted              NP=National Percentile

| Objectives | Score | Mastery Level | Percent Correct |
|---|---|---|---|
| **Reading** | | | |
| M01 Intrp Graph | 4/ 4 | Mastery | 100 |
| M02 Wd In Contx | 3/ 4 | Mastery | 75 |
| M03 Recall Info | 3/ 6 | Partial Mastery | 50 |
| M04 Const Mean | 5/ 6 | Mastery | 83 |
| M05 Eval/Ex Mng | 5/ 5 | Mastery | 100 |
| Subtest Average | | | 80 |
| **Mathematics Computation** | | | |
| M11 Add Whl Num | 4/ 4 | Mastery | 100 |
| M12 Sub Whl Num | 4/ 4 | Mastery | 100 |
| M13 Mul Whl Num | 5/ 5 | Mastery | 100 |
| M14 Div Whl Num | 3/ 4 | Mastery | 75 |
| M15 Decimals | 3/ 4 | Mastery | 75 |
| M16 Fractions | 3/ 4 | Mastery | 75 |
| Subtest Average | | | 88 |
| **Applied Mathematics** | | | |
| M21 Num Operatn | 5/ 5 | Mastery | 100 |
| M22 Comp Contxt | 2/ 2 | Mastery | 100 |
| M23 Estimation | 2/ 2 | Mastery | 100 |
| M24 Measurement | 2/ 4 | Partial Mastery | 50 |
| M25 Geometry | 1/ 2 | Partial Mastery | 50 |
| M26 Data Analy | 3/ 3 | Mastery | 100 |
| M27 Stat/Prob | 1/ 2 | Partial Mastery | 50 |
| M28 Pre-Alg/Alg | 1/ 3 | Non-Mastery | 33 |
| M29 Prob Solvg | 1/ 2 | Partial Mastery | 50 |
| Subtest Average | | | 72 |

| Objectives | Score | Mastery Level | Percent Correct |
|---|---|---|---|
| **Language** | | | |
| M30 Usage | 3/ 5 | Partial Mastery | 60 |
| M31 Sent Forma | 2/ 4 | Partial Mastery | 50 |
| M32 Para Devel | 3/ 4 | Mastery | 75 |
| M33 Capitaliz | 1/ 4 | Non-Mastery | 25 |
| M34 Punctuation | 3/ 4 | Mastery | 75 |
| M35 Writg Conv | 1/ 4 | Non-Mastery | 25 |
| Subtest Average | | | 52 |
| Total Average | | | 73 |

Copyright by CTB/McGraw-Hill, Inc. All Rights Reserved.

```
SCHHQ            *          INMATE EDUCATION DATA          *      04-27-2020
PAGE 001         *              TRANSCRIPT                 *      08:12:30

REGISTER NO: 55278-054     NAME..: RAMOS                      FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: SCH-SCHUYLKILL FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
SCH  ESL HAS    ENGLISH PROFICIENT              09-10-2019 0930 CURRENT
SCH  GED EN     ENROLL GED NON-PROMOTABLE       09-10-2019 0930 CURRENT
SCH  GED SAT    GED PROGRESS SATISFACTORY       01-09-2020 0748 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
SCH       GED-MINNIG 7:30-9:30         09-12-2019  CURRENT
SCH       SKIN HEALTH - 2 HOURS        03-06-2020  03-22-2020  P  C  P    2
SCH       ACE FINANCIAL CENTS 2        01-08-2020  03-04-2020  P  C  P   16
SCH       FCI BASIC NUTRITION - RPP 1  02-22-2020  02-28-2020  P  C  P    4
SCH       FUNCTIONAL ANATOMY 1         02-22-2020  02-28-2020  P  C  P    2
SCH       CARDIO PULMINARY - 2 HOURS   02-22-2020  02-28-2020  P  C  P    4
SCH       FUNCTIONAL ANATOMY 8         01-07-2020  02-03-2020  P  C  P    2
SCH       FCI CHOLESTEROL              01-07-2020  02-03-2020  P  C  P    4
SCH       FUNCTIONAL ANATOMY 7         01-28-2020  02-03-2020  P  C  P    2
NYM M     ELECTRONIC LAW LIBRARY       04-18-2019  09-26-2019  P  C  P    1
NYM M     GED PRETRI TUTOR BASED CLASS 02-28-2019  09-03-2019  P  W  I  144
NYM M     REFLECTIONS RELAXATION       05-06-2019  09-03-2019  P  W  I    8
NYM M     CHILD SUPPORT SEMINAR CLASS  05-14-2019  05-14-2019  P  C  P    2
NYM M     LOST KINGDOM OF THE MAYA     08-19-2019  08-19-2019  P  C  P    1
NYM M     WILDS OF MADAGASCAR          07-17-2019  07-17-2019  P  C  P    1
NYM M     LOST KINGDOM OF THE MAYA     07-25-2019  07-25-2019  P  C  P    1
NYM M     SACRED RITES AND RITUALS     04-29-2019  04-29-2019  P  C  P    1
NYM M     REPTILES AND AMPHIBIANS      04-29-2019  04-29-2019  P  C  P    1
NYM M     OCEAN DRIFTERS               04-29-2019  04-29-2019  P  C  P    1
NYM M     MUSIC APPRECIATION           04-23-2019  04-27-2019  P  C  P    3
NYM M     HISTORY OF DAVY CROCKET      04-18-2019  04-18-2019  P  C  P    1
NYM M     THE ADVENTURES OF DANIEL BOONE 04-18-2019 04-18-2019 P C  P    1
BRO M     FILM FORUM CLS 2S MON 6-9PM  08-03-2005  10-17-2005  P  C  P   25
BRO M     FILM FORUM CLS 2S MON 6-9PM  05-24-2005  07-26-2005  P  C  P   25
BRO M     FILM FORUM CLS 2S MON 6-9PM  01-19-2005  05-05-2005  P  C  P   25

--------------------------- HIGH TEST SCORES ---------------------------
TEST       SUBTEST      SCORE    TEST DATE    TEST FACL  FORM      STATE
GED READY  MATH         149.0    01-14-2020   SCH        RE
           RLA          146.0    03-09-2020   SCH        RF
           SCIENCE      153.0    11-06-2019   SCH        RD
           SOC STUDY    161.0    12-03-2019   SCH        RF
GED 2014   MATH         152.0    02-19-2020   SCH
           SCIENCE      150.0    11-20-2019   SCH
           SOC STUDY    148.0    12-11-2019   SCH
TABE M     BATTERY        5.6    09-10-2019   SCH        10
           LANGUAGE       3.1    09-10-2019   SCH        10
           MATH APPL      7.1    09-10-2019   SCH        10
           MATH COMP      7.1    09-10-2019   SCH        10

G0002      MORE PAGES TO FOLLOW . . .
```

```
   SCHHQ          *          INMATE EDUCATION DATA        *      04-27-2020
PAGE 002 OF 002 *                TRANSCRIPT               *      08:12:30

REGISTER NO: 55278-054    NAME..: RAMOS                  FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: SCH-SCHUYLKILL FCI


---------------------------- HIGH TEST SCORES ------------------------------
TEST       SUBTEST        SCORE     TEST DATE      TEST FACL    FORM    STATE
TABE M     READING         6.2     09-10-2019      SCH          10
           TOTAL MATH      7.1     09-10-2019      SCH          10
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



## Individualized Needs Plan - Program Review    (Inmate Copy)

**SEQUENCE: 01117645**
**Team Date: 07-09-2020**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RAMOS, DANIEL  55278-054

| | | |
|---|---|---|
| Facility: | SCH  SCHUYLKILL FCI | Proj. Rel. Date:  09-23-2021 |
| Name: | RAMOS, DANIEL | Proj. Rel. Mthd:  GCT REL |
| Register No.: | **55278-054** | DNA Status:  NYM00365 / 01-07-2009 |
| Age: | 47 | |
| Date of Birth: | 03-15-1973 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SCH | UNC RECY 1 | UNICOR RECYCLING 1 | 07-06-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SCH | ESL HAS | ENGLISH PROFICIENT | 09-10-2019 |
| SCH | GED EARNED | GED EARNED IN BOP | 04-28-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SCH | C | GED-MINNIG 7:30-9:30 | 09-12-2019 | 04-28-2020 |
| SCH | C | SKIN HEALTH - 2 HOURS | 03-06-2020 | 03-22-2020 |
| SCH | C | ACE FINANCIAL CENTS 2 | 01-08-2020 | 03-04-2020 |
| SCH | C | FCI BASIC NUTRITION - RPP 1 | 02-22-2020 | 02-28-2020 |
| SCH | C | FUNCTIONAL ANATOMY 1 | 02-22-2020 | 02-28-2020 |
| SCH | C | CARDIO PULMINARY - 2 HOURS | 02-22-2020 | 02-28-2020 |
| SCH | C | FUNCTIONAL ANATOMY 8 | 01-07-2020 | 02-03-2020 |
| SCH | C | FCI CHOLESTEROL | 01-07-2020 | 02-03-2020 |
| SCH | C | FUNCTIONAL ANATOMY 7 | 01-28-2020 | 02-03-2020 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| *** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 08-21-2018 |
| CARE2 | STABLE, CHRONIC CARE | 04-17-2006 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-05-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-05-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 10-18-2019 |
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 09-25-2019 |
| NR DIS | NRES DRUG TMT/DISCONTINUED | 10-30-2019 |

### FRP Details

| Most Recent Payment Plan |
|---|

| | | | |
|---|---|---|---|
| **FRP Assignment:** | **COMPLT** | **FINANC RESP-COMPLETED** | **Start: 10-21-2019** |
| Inmate Decision: | **AGREED** | $200.00 | Frequency: **SINGLE** |
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |



## Individualized Needs Plan - Program Review   (Inmate Copy)

**Dept. of Justice / Federal Bureau of Prisons**

Plan is for inmate: RAMOS, DANIEL 55278-054

SEQUENCE: 01117645

Team Date: 07-09-2020

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**Payment Details**

Trust Fund Deposits - Past 6 months:   $ N/A        Payments commensurate ?   N/A

New Payment Plan:        ** No data **

### Progress since last review

Inmate Ramos has maintained clear conduct since last program review. He has completed the GED Program on April 28, 2020 since last Program Review. He has not completed any other educational, vocational, or psychology based programs since last program review. Inmate Ramos's FRP is complete.

### Next Program Review Goals

It is recommended Ramos continue to maintain clear conduct through next program review in September 2020. It is recommended Ramos enroll in and complete Personal/Financial Education (RPP 3) by program review in September 2020. It is also recommended he enroll in and complete the Job Fair or Functional Resume (RPP 2) by next program review in September 2020.

### Long Term Goals

It is recommended he enroll in and complete Release Requirements Education (RPP 5) by release date on September 23, 2021. It is recommended Ramos enroll in and complete a Parenting program by release date on September 23, 2021.

### RRC/HC Placement

Recommended Placement on date 05-27-2021.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

Mr. Ramos is being considered for an RRC placement date of May 27, 2021, based on his release needs, sentence length, criminal history, institutional disciplinary history, and programming.

### Comments

Reassessed for PREA.  Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? _N_ Any history of Bankruptcy _N_ No bank account _N_ No assets nor liabilities noted in PSR _Y_ Debts noted in Credit Report or other sources _N_ Tax Liabilities/back taxes _Y_ Unpaid alimony/child support _N_ other indications of lack of financial management skills (specify) YES ___X___ NO _____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

```
   SCHHQ  606.00 *      MALE CUSTODY CLASSIFICATION FORM      *      04-27-2020
PAGE 001 OF 001                                                       08:12:14
                              (A) IDENTIFYING DATA
  REG NO..: |55278-054|            FORM DATE: 03-30-2020         ORG: DSC
  NAME....: RAMOS, DANIEL

                                   MGTV: GRTR SECU
  PUB SFTY: NONE                   MVED: 10-01-2021
                              (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (3) MODERATE
MOS REL.: 17                   CRIM HIST SCORE: (06) 7 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......: (2) > 15 YRS SERIOUS
VOL SURR: (0) N/A              AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (1) ENRLD + SAT IN GED    DRUG/ALC ABUSE.: (1) <5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                     --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+15  +20    -4       +11       MINIMUM       LOW            IN      DECREASE
```

CAMP POINTS

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
SCHEP  540*23 *          SENTENCE MONITORING        *    06-19-2020
PAGE 001         *          COMPUTATION DATA         *    11:21:51
                            AS OF 06-19-2020
```

REGNO..: 55278-054 NAME: RAMOS, DANIEL

```
FBI NO..........: 19640DB6          DATE OF BIRTH: 03-15-1973  AGE:  47
ARS1............: SCH/A-DES
UNIT............: 2                 QUARTERS.....: B07-228L
DETAINERS.......: NO                NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 05-01-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-23-2021 VIA GCT REL

```
----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------
COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER..................: 18 CR. 852
JUDGE..........................: TORRES
DATE SENTENCED/PROBATION IMPOSED: 05-23-2019
DATE COMMITTED.................: 09-03-2019
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00       $00.00        $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....: 381     21:841 SCH II NARCOTIC
OFF/CHG: 18:922(K) POSSESSION OF A DEFACED FIREARM; 21:841(A)(1), B1C
          POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   48 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 04-27-2018
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
SCHEP  540*23 *            SENTENCE MONITORING          *     06-19-2020
PAGE 002 OF 002 *           COMPUTATION DATA            *     11:21:51
                          AS OF 06-19-2020
```

REGNO..: 55278-054 NAME: RAMOS, DANIEL


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-01-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-26-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN.........: 05-23-2019
TOTAL TERM IN EFFECT...........:     48 MONTHS
TOTAL TERM IN EFFECT CONVERTED.:      4 YEARS
EARLIEST DATE OF OFFENSE........: 04-27-2018
```

```
JAIL CREDIT....................:    FROM DATE     THRU DATE
                                   04-27-2018    05-22-2019
```

```
TOTAL PRIOR CREDIT TIME.........: 391
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 215
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 09-23-2021
TWO THIRDS DATE.................: 12-26-2020
EXPIRATION FULL TERM DATE.......: 04-26-2022
TIME SERVED.....................:      2 YEARS      1 MONTHS      23 DAYS
PERCENTAGE OF FULL TERM SERVED..:  53.7
PERCENT OF STATUTORY TERM SERVED:  63.0
```

```
PROJECTED SATISFACTION DATE.....: 09-23-2021
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 8-1-19: NEW COMP ENTD D/SYT. 8-23-19 MEMO UPDATED. D/SYT.


G0000      TRANSACTION SUCCESSFULLY COMPLETED

228

DATE REVIEWED: _11-05-2019_

INSTITUTION: _FCI SCHUYLKILL_   UNIT: _2B_

INMATE NAME: _RAMOS, DANIEL_   REG NO: _55278-054_

FIRST STEP ACT (Circle One):   ELIGIBLE  /  INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):   MINIMUM   LOW   MEDIUM   HIGH

**SCH/Medical Records~ - 4c82a020-d5ed-429f-82ed-419b798f87c7**

| | |
|---|---|
| **From:** | SCH/InmateToHealthSvcs |
| **To:** | ~^!RAMOS, ~^!DANIEL |
| **Date:** | 6/5/2020 7:32 PM |
| **Subject:** | 4c82a020-d5ed-429f-82ed-419b798f87c7 |
| **BC:** | SCH/Medical Records~ |

*BOY 2242* (handwritten)

Your request was sent to the Medical Records Department. You will be placed on call-out once the documents are prepared for you to pick them up. **It could take up to 30-45 days until your records are available.** A reminder, you could incur a charge if your request is over the amount allowed by policy.

Health Services Administration
FCI Schuylkill

This electronic email system is not a route to sign up to be evaluated for a medical condition. You must attend sick call to be "seen".

>>> ~^!"RAMOS, ~^!DANIEL" <55278054@inmatemessage.com> 6/5/2020 3:47 PM >>>
To: MEDICAL
Inmate Work Assignment: FOOD SERVICE

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
4c82a020-d5ed-429f-82ed-419b798f87c7
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

SUBJECT: 852fe408-b82d-446f-b0ff-867da81918f4
Im requesting my medical records from september, 3, 2019 to present day, may, 5, 2020
thank you for your time.

*6/8/2020  As previously stated, you will need to do a FOIA request.* (handwritten)

**D. Bingaman, HIT**
**FCI/FPC Schuylkill**

U.S. Department of Justice
Federal Bureau of Prisons
Northeast Regional Office
U.S. Custom House - 7th Floor
2nd and Chestnut Street
Philadelphia, PA 19106
Official Business

Daniel Ramos
Reg #55278-054
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

PHILADELPHIA PA 191
07 JUL 20
PM 5 L

UNITED STATES POSTAGE
02 1P
0001126544
MAILED FROM ZIP CODE 19106
$ 000.50⁰
JUL 07 2020
PITNEY BOWES
U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300



U.S. Department of Justice
Federal Bureau of Prisons

Northeast Regional Office
U.S. Custom House
2nd & Chestnut St., 7th Floor
Philadelphia, PA 19106

July 6, 2020

Daniel Ramos
Reg #55278-054
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Dear Mr. Ramos:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy
Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the
processing office noted below. Please make a note of the request number and
processing office as you will need to include it in any correspondence or inquiry
regarding your request. A copy of the first page of your request is attached to help you
more easily keep track of your request.

FOIA/PA Request Number:      2020-05138
Processing Office:               NER

The time needed to complete our processing of your request depends on the complexity
of our records search and the volume and complexity of any records located. Each
request is assigned to one of three tracks: simple, complex, or expedited. Due to the
large number of FOIA/PA requests received by BOP and the limited resources available
to process such requests, BOP handles each request on a first-in, first-out basis in
relation to other requests in the same track. Your request was assigned to the complex
track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your
request must be searched for and collected from a field office, and/or the documents
responsive to your request are expected to be voluminous and will require significant
time to review, and/or your request requires consultation with at least one other agency
with a substantial interest in your request. Because of these unusual circumstances, we
are extending the time limit to respond to your request for the ten additional days
provided by the statute. Processing complex requests may take up to nine months.
Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an
effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, please feel free to contact the NER at 215-521-7377 or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750 or 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Frank A. Bruno
Paralegal Specialist

I. DANIEL RAMOS NEED
MY MEDICAL RECORDS.

852fe408 b82d-446f-b0ff-867da81918f4

SCH
55278-054

**Received**

JUL 0 6 2020

FOIA/PA Section
Federal Bureau of Prisons

 (/)

⚖ **Notice to the Bar:** (/notice-to-the-bar) Southern District Of New York    ✖
Seeking Candidates For Magistrate Judge - White Plains
(/sites/default/files/2019-11/Magistrate%20Judge%20Notice-Application%
20Vacancy%20-Oct-2019_0.pdf)

Home (/)  »  Programs and Services Of the Court (/programs)  »  **The RISE Court**

# *The RISE Court*
# a Re-Entry Court For Individuals On Supervis

A two-year pilot program for a re-entry court aimed at reducing recidivism for individuals on supervised release was approved by the Southern District of New York Board of Judges on October 24, 2018. The Court will hold its first session at the end of January. The new court, called the Re-entry through Intensive Supervision and Employment (RISE) Court, is a voluntary program dedicated to encouraging employment and assisting in the successful re-entry of certain at-risk individuals on supervised release.

Judge Denny Chin of the Second Circuit will preside over the first RISE Court. Judge Chin will meet every two weeks with a group of individuals on supervised release who volunteer to participate in the RISE Court. These sessions will serve to connect the participants with support services and encourage them to seek and maintain employment. During each session, Judge Chin will speak with the participants about their progress and give or impose any appropriate rewards or sanctions.

Judge Chin said of the RISE Court: "We know that obtaining and maintaining employment is an essential part of re(e)ntering society after a term of imprisonment. We hope to help our participants develop meaningful ties to the community." The RISE Court is patterned on the highly successful reentry court in the Eastern District of Pennsylvania, which has been in operation for eleven years.

The RISE Court will target participants in their first year of supervised release who have an elevated risk of recidivism. In addition to increased access to resources and support, a key incentive to join the Court is that, if successfully completed, Judge Chin will recommend a full 12-month reduction on a participant's term of supervised release. To successfully complete the program, participants must earn 52 credits. Judge Ronnie Abrams, who has been involved in the Court's creation, emphasized: "we believe the Court will offer enormous benefits to supervisees, but it is an entirely voluntary program and participants may choose to leave at any point." The RISE Court has the support of both the United States Attorney's Office and the Federal Defenders Office and both offices will play a role in the Court.

The Court will draw on outside volunteer resources to provide participants with additional support. Judge Paul Engelmayer, who has spearheaded this civil legal assistance component, said: "Civil legal issues, such as a suspended driver's license or custody or child support issues, often serve as impediments to employment. Connecting participants with high-quality pro bono legal assistance will make it easier for them to obtain employment that is meaningful to them."

The SDNY has partnered with professors at Columbia Law School and the City University of New York to design an equal selection process to measure recidivism and employment metrics. Professor Justin McCrary of Columbia Law School, who is leading the academic efforts to design and evaluate the Court, said: "This is an unprecedented opportunity to thoughtfully design a re-entry program and to capture valuable information from its operation that will inform academic and practical approaches to such courts in the future." Judge Denise Cote, who helped inaugurate the Court, said: "Being able to study the impact of this program on recidivism from the outset will allow us to quickly ascertain its

success and areas in which improvement is needed. If successful, it will also be well poised to serve as a model for other Districts interested in reducing recidivism."

Michael Fitzpatrick, the SDNY's Chief Probation Officer, explained: "The RISE Court builds on work that the SDNY Probation Department has been doing for two years to reduce unemployment among the supervised release population. The RISE Court is a way for the SDNY to more deeply engage with its supervised release population and to provide resources and support that will help reduce recidivism. By reducing recidivism, we will keep families together, and we will keep our communities safer."

(/)
Privacy Policy (/privacy-policy)

Court Directory (/about/directory)

Accessibility (/accessibility)

Contact Us (/about/directory)

**Daniel Patrick Moynihan**
**United States Courthouse**
**(/courthouses/daniel-patrick-moynihan-**

united-states-courthouse)
500 Pearl Street
New York, NY 10007 - 1312                    (/)

**Hon. Charles L. Brieant Jr.**
**Federal Building and Courthouse**
**(/courthouses/federal-building-and-**
**courthouse-southern-district-new-york)**
300 Quarropas Street
White Plains, NY 10601

**Thurgood Marshall**
**United States Courthouse**
**(/courthouses/thurgood-marshall)**
40 Foley Square
New York, NY 10007

**United States Courthouse**
**(/courthouses/thurgood-marshall)**
355 Main Street
Poughkeepsie, NY 12601

| District | Probation/Pretrial | Point of Contact | Chief Officer | Program Status | Program Name | Basic Description | Eligibility Criteria | Judge | Team Members |
|---|---|---|---|---|---|---|---|---|---|
| New York Southern United States Probation Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007-1312 | Probation | | Mr. Michael J. Fitzpatrick 212-805-0080 Chief PO michael_fitzpa rick@nysp.use ourts.gov | Active | Reentry Court | This is a voluntary minimum 52 week program which requires participants to appear in Court on a bi-weekly basis and be supervised by an officer using a team approach which includes the Judge, a representative from the U.S. Attorney's Office, a representative from the Federal Defender's office, and a treatment provider. Participants sign a contract upon entering into the program and are advised that, upon completion, a one (1) year reduction in the Supervised Release term would be recommended to the sentencing Judge. | the program. No Conviction for a sex offense/No pending investigation for a sex offense/RPI score of at least 3 for eligibility/Remaining term of supervision of at least 36 months/No mental health issues which will prohibit effective participation (consult with Mental Health specialist if necessary)/Resides in the Bronx or Manhattan and has no known transportation issues. No pending Immigration detainers/matters | Harold Baer, Sr. District Judge Henry B. Pitman, U.S.MJ | DCUSPO Jim Blackford, DCUSPO Edwin Rodriguez, SUSPO Pam Harris, Elisha Rivera, Sr. USPO Marcela Bravo, Sr. USPO Raymond Gonzalez, PO Sandra Osman, PO Justine Kentla, FPD Heidi Van Es, FPD Peggy Cross, FPD Martin Cohen, FPD Sarah Baumgartel, FPD Michelle Montgomery, FPD Kimberly Bacon, FPD Alexi Mantsios, USA Joseph Fortunino, Gary Shrader |
| New York Western United States Probation United States Courthouse 68 Court Street, Room 234 Buffalo, NY 14202-3328 | Combined | Ms. Jamila S. Arroyo 716-362-5216 Probation Technician 2 Niagara Square Buffalo, NY 14202 jamila_arroyo@nv wp.uscourts.gov | Mr. Anthony San Giacomo 716-551-4241 x238 Chief Probation Officer anthony_sangia como@nywp.u scourts.gov | Active | Western District of New York Reentry Program | Participants will be required to have 52 weeks of satisfactory performance which need not be consecutive. After that, the participant will graduate from the program. Absent extenuating circumstances, the participant will be required to complete the program w/in 18 months; otherwise they will be terminated from the program w/o any reduction in their term of supervision. At graduation, the Reentry | Program participants will be identified based on a risk assessment tool. These will traditionally be high-risk cases. These participants may present multiple issues including, but not limited to, lack of sustainable employment, lack of stable housing, lack of education, and lack of positive community and/or family ties. Other high-risk indicators may include a history of absconding, a lengthy criminal history, a minimal support system, and substance abuse history. The participant must have a | Hugh B. Scott, Judge | Cathy Buckzert Yvette Hernandez Chris Calero David Bovard |

DANIEL RAMOS 55278-054
FEDERAL CORRECTIONAL INSTITUTION SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA 17954-0759

HARRISBURG P&DC 171
TUE 25 AUG 2020 PM

TO: CLERK OF THE COU[RT]
UNITED STATES SOUTHERN D[IST]
500 PEARL STREET.
NEW YORK, NEW YORK