```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/19/2020___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

DANIEL RAMOS,
    a/k/a "Danny Ramos,"

                        Defendant.

18 Cr. 852 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 16, 2020, Defendant filed a letter seeking relief under 18 U.S.C. § 3582(c). ECF No. 33. It is ORDERED that by **October 23, 2020**, the Government shall respond to Defendant's letter.

SO ORDERED.

Dated: October 19, 2020
       New York, New York

                                      ANALISA TORRES
                                United States District Judge