```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/10/2020___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

DANIEL RAMOS,
    a/k/a "Danny Ramos,"

                      Defendant.

18 Cr. 852 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On the application of the Government and with the consent of Defendant, ECF No. 38, the Court GRANTS the Government's motion to amend the order dated November 4, 2020 (the "November 4 Order"), ECF No. 37.  The November 4 Order is hereby AMENDED as follows:

Ramos' sentence of imprisonment is modified to time served.  However, the remaining portion of the original term of imprisonment (as calculated by the Bureau of Prisons ("BOP")), shall be served as supervised release with the special condition that Ramos shall be subject to home detention with electronic monitoring as directed by the U.S. Probation Office, followed by the three-year term of supervised release imposed on May 29, 2019.  Upon his release, Ramos shall self-quarantine at home for a 14-day period.  The BOP is directed to release Ramos immediately.

The Clerk of Court is directed to terminate the motion at ECF No. 38.

SO ORDERED.

Dated: November 10, 2020
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge