```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/12/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

DANIEL RAMOS,
 a/k/a "Danny Ramos,"

       Defendant.

18 Cr. 852 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court will hold a conference in this matter on **August 13, 2021**, at **9:30 a.m.**, using the Court's videoconferencing software. Chambers will provide the parties with instructions on how to appear via video.

  To optimize the quality of the video feed, only the Court, Defendant, defense counsel, counsel for the Government, and the U.S. Probation Officers will appear by video for the proceeding. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

  SO ORDERED.

Dated: August 12, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge