```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

DANIEL RAMOS    ,
                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

18 -CR- 852 (__)(__)

Defendant  DANIEL RAMOS  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X    Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/ Daniel Ramos
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Daniel Ramos**
Print Defendant's Name

/s/ Christopher P. Conniff
Defense Counsel's Signature

**Christopher P. Conniff**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/19/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge