LAJzzRAMCph

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                            18 CR 852(AT)

DANIEL RAMOS,

        Defendant.         Videoconference

------------------------------x

                                       New York, N.Y.
                                       October 19, 2021
                                       1:00 p.m.

Before:

                    HON. ANALISA TORRES,

                                       District Judge

                        APPEARANCES

DAMIAN WILLIAMS,
    United States Attorney for the
    Southern District of New York
BY: BRETT M. KALIKOW
    Assistant United States Attorney


ROPES & GRAY LLP
    Attorneys for Defendant
BY: CHRISTOPHER P. CONNIFF
    JENNIFER R. CULLINANE


Also Present:

    U.S. Probation Officer Ji'vonne Gilmore

LAJzzRAMCph

1         THE COURT:  Good afternoon, everyone.  We're here in the
2    matter of *United States v. Daniel Ramos*.
3         The proceeding is open to the public just as a normal
4    courtroom would be, but you're not permitted to rebroadcast or record
5    the proceeding.
6         I'd like the court reporter to confirm that he or she is
7    on the line.
8         COURT REPORTER:  Yes, your Honor.
9         THE COURT:  All right.  I'm joined on this video call by
10   my law clerk, Jessica Marder-Spiro.
11        Counsel, please make your appearances.
12        MR. KALIKOW:  Good afternoon, your Honor.  This is
13   Brett Kalikow for the government.
14        MR. CONNIFF:  Good afternoon.  Christopher Conniff and
15   Jennifer Cullinane, Ropes & Gray, for Mr. Ramos, who you can see also
16   from the Zoom has joined us this afternoon.
17        THE COURT:  I understand that Mr. Ramos signed a waiver
18   of right to be present after discussing that with counsel; is that
19   correct?
20        MR. CONNIFF:  We submitted it on his behalf, your Honor,
21   after we discussed that we were going to be appearing remotely to
22   conduct this conference.  Yes, he's aware of that.
23        THE COURT:  Mr. Ramos, the reason that we're having the
24   conference by videoconference is that a lot of proceedings have not
25   gone forward in person because of COVID, and you have a right to be

LAJzzRAMCph

1  personally present, but your lawyer says that you have waived that; is
2  that correct, Mr. Ramos?
3       THE DEFENDANT:  Yes, your Honor.
4       THE COURT:  The last time that we spoke I had requested
5  that the drug treatment provider examine Mr. Ramos, and I've reviewed a
6  probation status report dated October 4th as well as a psychiatric
7  evaluation by Samaritan Daytop Village, and the evaluation recommends
8  continuing weekly therapy, group therapy, and frequent drug testing to
9  monitor substance abuse.
10       I understand Mr. Ramos was referred for treatment at
11  Odyssey House.  Are there any further updates?
12       MS. GILMORE:  Good afternoon, your Honor.  This is
13  Probation Officer Ji'vonne Gilmore speaking.
14       So Mr. Ramos has not yet been referred to treatment at
15  Odyssey House.  We wanted to first meet before your Honor and all be on
16  the same page that it's an adequate plan for Mr. Ramos going forward
17  based on the recommendations of his evaluation.
18       THE COURT:  I'm just going to review the conditions that
19  I set forth.
20       I had directed, Mr. Ramos, that you participate in an
21  outpatient treatment program approved by probation, and the program may
22  include testing to determine whether you're using drugs or alcohol;
23  also that you provide the probation officer with access to any
24  financial information; and that you participate in educational,
25  vocational, or employment programs as directed by probation.

LAJzzRAMCph

4

|   |   |
|---|---|
| 1 |           I understand from probation that you're ready to refer |
| 2 | Mr. Ramos to Odyssey House, is that it? |
| 3 |           MS. GILMORE:  Yes.  We ask that Mr. Ramos report to the |
| 4 | probation office on Thursday, October 21st, at 11:00 a.m. so we can |
| 5 | submit the referral for Odyssey House. |
| 6 |           THE COURT:  How does that sound, Mr. Ramos? |
| 7 |           THE DEFENDANT:  Excuse me? |
| 8 |           THE COURT:  So are you -- |
| 9 |           THE DEFENDANT:  October 21st? |
| 10 |           THE COURT:  Yes.  Can you make it on that date? |
| 11 |          THE DEFENDANT:  Yes.  Absolutely. |
| 12 |          THE COURT:  Wonderful.  Okay.  Are there any further |
| 13 | questions from anybody? |
| 14 |          MR. CONNIFF:  Just to confirm so Mr. Ramos knows:  He's |
| 15 | to report to probation for that referral.  Did I hear that correctly? |
| 16 |          MS. GILMORE:  Yes. |
| 17 |          MR. CONNIFF:  The probation office, yes? |
| 18 |          MS. GILMORE:  Yes. |
| 19 |          This is Ji'vonne Gilmore speaking, for the court |
| 20 | reporter. |
| 21 |          MR. CONNIFF:  Thank you. |
| 22 |          THE DEFENDANT:  So that will be 500 Pearl Street? |
| 23 |          MS. GILMORE:  Yes, Mr. Ramos.  500 Pearl Street on the |
| 24 | 6th floor at 11:00 a.m. on Thursday. |
| 25 |          THE DEFENDANT:  11:00 a.m., Thursday. |

5

LAJzzRAMCph

1      THE COURT:  I expect, then, Mr. Ramos, that you'll start
2  at Odyssey House, that you will take advantage of what they have to
3  offer, and that you'll be working with the assistance of probation on
4  continuing to make progress.  I feel optimistic about it, and I look
5  forward to hearing only positive news.
6      THE DEFENDANT:  Yes.
7      THE COURT:  Perfect.  So that brings our conference to
8  an end, and I wish you good luck, Mr. Ramos.  And I wish good health to
9  everyone.
10     Thank you.
11              *   *   *